IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:18-CR-238-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WILLIAM MARK ST. CYR | ) | |

Upon motion of the United States and for reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government's Exhibit A to its Motion for an Order of Abatement, filed at Docket Entry 6, be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina.

SO ORDERED.

This 6th day of March 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE